# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

|  |  |
|---|---|
|  | **OCTOBER 2019 GRAND JURY** (Impaneled 10/11/2019) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| -vs- | Violation: |
| **MARK ROGERS**, **JOSEPH WAY a/k/a Gus**, and **TASHARA LEVANS** | Title 18, United States Code, Sections 1201(a)(5) and 2 |
|  | (1 Count) |

## COUNT 1

### (Kidnapping of United States Employee)

### The Grand Jury Charges That:

On or about November 16, 2019, in the Western District of New York, the defendants, **MARK ROGERS**, **JOSEPH WAY a/k/a Gus**, and **TASHARA LEVANS**, did knowingly, willfully, and unlawfully seize, confine, kidnap, abduct, and carry away and hold for ransom, reward, and otherwise, Victim A, a person known to the Grand Jury and an employee of the United States Postal Service, while Victim A was engaged in, and on account of, the performance of Victim A's official duties as a United States Postal Service employee.

**All in violation of Title 18, United States Code, Sections 1201(a)(5) and 2.**

DATED: Rochester, New York, February 6, 2020.

                                        JAMES P. KENNEDY, JR.
                                        United States Attorney

By:    s/ROBERT A. MARANGOLA
        ROBERT A. MARANGOLA
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        (585) 263-6760, ext. 23980
        Robert.marangola@usdoj.gov

A TRUE BILL:

s/FOREPERSON
FOREPERSON